Dismissed and Opinion filed July 25, 2002









Dismissed and Opinion filed July 25, 2002.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-00369-CV

____________

 

WALOON PROPERTIES, INC., Appellant

 

V.

 

DYLANE BROUSSARD, Appellee

 



 

On
Appeal from the County Civil Court at Law No. 3

Harris
County, Texas

Trial
Court Cause No. 756,062

 



 

O
P I N I O N

This is an appeal from a judgment
signed February 14, 2002.

On July 22, 2002, appellant filed an unopposed motion to
dismiss the appeal because the case has been settled.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.  

PER CURIAM

Judgment rendered and Opinion
filed July 25, 2002.

Panel consists of Justices
Anderson, Fowler, and Edelman. 

Do Not Publish C Tex. R. App. P. 47.3(b).